600 A.2d 1256

**Touma TOUMEH and Dorothea Toumeh, husband and wife, Appellants,**

v.

**SWITLYK PROPERTIES, Appellee.**

Supreme Court of Pennsylvania.

Submitted Dec. 5, 1991.

Decided Jan. 30, 1992.

Herbert V. Giobbi, Easton, for appellants.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.